**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cecil Anthony DORTCH, Defendant–Appellant.**

**No. 98-41129.**

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2000.

David Haskell Henderson, Jr., Asst. U.S. Atty., Beaumont, TX, for Plaintiff–Appellee.

Denise S. Benson, Beaumont, TX, Amy R. Blalock, Tyler, TX, for Defendant–Appellant.

*ON PETITION FOR REHEARING*

Before GARWOOD, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:

The petition for rehearing is DENIED. In response to the petition for rehearing, however, the court acknowledges that the

---

evidence found at the residence is not necessarily to be excluded, given that there were independent sources of information that formed the basis of the search warrant for the house. Accordingly, the sentence indicating to the contrary is hereby deleted. *See United States v. Dortch*, 199 F.3d 193, 203 (5th Cir.1999).

Judge Garwood dissents from denial of rehearing.